# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT MARIONNEAUX, III

VERSUS

WILSON ALEXANDER, GARRISON
PROPERTY AND CASUALTY
INSURANCE COMPANY, AND
LOUISIANA FARM BUREAU
CASUALTY INSURANCE COMPANY

NO.  2024 CW 1263

**JANUARY 9, 2025**

---

In Re:   Capital City Press, LLC d/b/a The Advocate, applying for
supervisory writs, 18th Judicial District Court, Parish
of Iberville, No. 80592.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**STAY DENIED; WRIT DENIED.**

**MRT**
**CHH**

        **Edwards, J.,** would issue a stay of the trial and notice of
briefing schedule pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT